IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES HAROLD BURKE, (# 10314-003) Petitioner, vs. UNITED STATES OF AMERICA, Respondent. | CRIMINAL NO.: 08-00176-WS CIVIL ACTION: 11-00436-WS-B |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Burke's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 57) be **DENIED** and that Burke is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 18th of December, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE